**Order entered March 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00016-CR

**VERA ELIZABETH GUTHRIE-NAIL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-80635-2012**

## ORDER

The Court **GRANTS** appellant's February 28, 2013 motion to extend time to file her

brief. We **ORDER** appellant's brief filed as of the date of this order.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE